

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2018

No. 04-18-00344-CV

John B. **URBAHNS**,
Appellant

v.

**LSREF2 COBALT (TX), LLC,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI22479
Honorable Richard Price, Judge Presiding

# O R D E R

In this accelerated appeal, Appellant's brief was due to be filed with this court on September 12, 2018. After the brief was due, Appellant filed an unopposed first motion for extension of time to file Appellant's brief until September 24, 2018, for an extension of ten days.

Appellant's motion is GRANTED. Appellant's brief is due on September 24, 2018. *See* Tex. R. App. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court